

**FILED**

04/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0640

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 18-0640

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ROGER CRUZ,

    Defendant and Appellant.

_____

**FILED**

APR 2 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for Appellant Roger Cruz filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and _Anders_ v. _California,_ 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Cruz time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and _Anders_. We conclude no arguments with potential legal merit can be raised in Cruz's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Cruz personally.

DATED this 21st day of April, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
                          Justices